■ PATRICK R. COLABELLA, Appellant, v LEONARD E. BROMAN et al., Respondents. [614 NYS2d 163] —Appeal by the plaintiff from an order of the Supreme Court, Kings County (DeMatteo, J.H.O.), entered June 30, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by J.H.O. DeMatteo at the Supreme Court. Thompson, J. P., Sullivan, Ritter and Friedmann, JJ., concur.